IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STEVEN FLORES ESTRADA

    Defendant.

CR NO: 1:15CR00137

FILED
NOV 18 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Steven Flores Estrada
Detained at: Fresno County Jail

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
charging detainee with: Four Supervised Release violations

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: _A. Pataca_
Printed Name & Phone No: Antonio J. Pataca
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/18/20

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female |
| Booking or CDC #: 2025658 | | DOB: 05/20/1985 |
| Facility Address: 1265 M. Street, Fresno, CA | | Race: Hispanic |
| Facility Phone: | | FBI#: 102430HB4 |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                               (signature)