IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

      v.                             CR NO: 1:15CR00137

**STEVEN FLORES ESTRADA**

           Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Steven Flores Estrada | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: Four Supervised Release violations |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on December 10, 2020, at 2:00 PM in the Eastern District of California.*

Signature: _A. Pataca_
Printed Name & Phone No: Antonio J. Pataca
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on December 10, 2020 at 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 7, 2020**

_Stanley A. Boone_
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2025658 | DOB: | 05/20/1985 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 102430HB4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                          (signature)