1  McGREGOR W. SCOTT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
                    IN THE UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00137 |
11 |                Plaintiff,  | STIPULATION AND ORDER REGARDNG STATUS CONFERENCE |
12 |        v.                  | DATE: December 10, 2020 |
13 | STEVEN FLORES ESTRADA,     | TIME: 2:00 P.M. |
14 |                Defendant.  | COURT: Hon. Stanley A. Boone |

15
                              **STIPULATION**
16
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
17
   through defendant's counsel of record, hereby stipulate as follows:
18
        1.      By previous order, this matter was set for status on December 10, 2020.
19
        2.      By this stipulation, initiated by the defense, the parties stipulate that the status conference
20
   may be continued to January 26, 2021, to allow time for defense review of the discovery, investigation,
21
   and settlement discussions.
22
        IT IS SO STIPULATED.
23

1

Dated: December 8, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: December 8, 2020

/s/ MEGHAN D. McLOUGHLIN
MEGHAN D. McLOUGHLIN
Counsel for Defendant
Steven Flores Estrada

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until January 26, 2021 at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **December 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

2