McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN FLORES ESTRADA,<br><br>Defendant. | CASE NO.  1:15-CR-00137-NONE-BAM<br><br>STIPULATION AND ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: January 26, 2021<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 26, 2021.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to February 25, 2021, to allow time for defense review of the discovery, investigation, and settlement discussions.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 15, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated: January 15, 2021 | /s/ MEGHAN D. McLOUGHLIN<br>MEGHAN D. McLOUGHLIN<br>Counsel for Defendant<br>Steven Flores Estrada |

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued from January 26, 2021 to **February 25, 2021 at 2:00 pm before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **January 15, 2021**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

2