McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STEVEN FLORES ESTRADA,<br><br>                              Defendant. | CASE NO.  1:15-CR-00137<br><br>STIPULATION AND  ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: February 25, 2021<br>TIME: 2:00 P.M.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 25, 2021.

2.      By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to March 25, 2021, to allow time for defense review of the discovery, investigation, and settlement discussions.

IT IS SO STIPULATED.

IT IS SO ORDERED.

Dated:   **February 16, 2021**                    _____
                                                          UNITED STATES MAGISTRATE JUDGE

1

Dated:  February 16, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  February 16, 2021

/s/ MEGHAN D. McLOUGHLIN
MEGHAN D. McLOUGHLIN
Counsel for Defendant
Steven Flores Estrada

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until March 25, 2021.