IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>STEVEN FLORES ESTRADA<br><br>          Defendant. | CR NO: 1:15CR00137 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Steven Flores Estrada
Detained at: Fresno County Jail
Detainee is:   a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
                   charging detainee with: Four Supervised Release violations
       or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
          or    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *[signed]*
Printed Name & Phone No: Antonio J. Pataca
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 19, 2021**

*[signed]*
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2025658 | DOB: | 05/20/1985 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 102430HB4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)