McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>STEVEN FLORES ESTRADA,<br><br>              Defendant. | CASE NO. 1:15-CR-00137<br><br>STIPULATION AND ORDER REGARDNG STATUS CONFERENCE<br><br>DATE: March 25, 2021<br>TIME: 2:00 P.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on March 25, 2021.

2.  By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to June 8, 2021, to allow time for defense review of the discovery, investigation, and settlement discussions.

IT IS SO STIPULATED.

1

Dated:  February 24, 2021         MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ ANTONIO J. PATACA
                                  ANTONIO J. PATACA
                                  Assistant United States Attorney


Dated:  February 24, 2021         /s/ MEGHAN D. MCLOUGHLIN
                                  MEGHAN D. MCLOUGHLIN
                                  Counsel for Defendant
                                  Steven Flores Estrada


**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until June 8, 2021.

IT IS SO ORDERED.

Dated:  **February 24, 2021**

UNITED STATES MAGISTRATE JUDGE

2