**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:15-CR-00137-NONE-BAM |
| **STEVEN FLORES ESTRADA** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Steven Flores Estrada
Detained at: Fresno County Jail
Detainee is:
  a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
       charging detainee with: Four Supervised Release violations
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 18, 2021, at 2:00 PM in the Eastern District of California.*

Signature: /s/ A. Pataca
Printed Name & Phone No: Antonio J. Pataca
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on March 18, 2021 at 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **March 11, 2021**

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 2025658 | DOB: | 05/20/1985 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 102430HB4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                    (signature)