HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN FLORES ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00137-NONE-BAM |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |
| vs. | |
| STEVEN FLORES ESTRADA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Steven Flores Estrada (Kern County Sheriff's Office JID No. 2295961) shall be released from the Lerdo Pre-trial Facility on Tuesday, June 8, 2021 at 6:00 a.m. and immediately and directly transported to the Delancey Street Foundation residential rehabilitation program, 600 Embarcadero, San Francisco, for an intake interview for the program's two-year residential program. To ensure his safe and immediate transport to Delancey Street, the Jail will release Mr. Estrada only to the custody of Kevin Mitchel, Federal Defender Office representative. Mr. Mitchel agrees to transport Mr. Estrada directly to the Delancey Street program

If Mr. Estrada is accepted into the program, and if he chooses to enroll in the program, Mr. Estrada will remain at Delancey Street to participate in the program. If Mr. Estrada is not accepted into the program, or if he chooses to not enroll in the program, Mr. Mitchel will immediately and directly return Mr. Estrada to the Lerdo Pre-trial Facility by no later than 11:00

p.m. on June 8, 2020.

While enrolled in the program, Mr. Estrada is ordered to participate and remain in the program until he satisfies the requirements of the two-year residential program, until his 18-month term of supervised release expires, or until further order of this Court, whichever occurs first. During this time, Mr. Estrada will remain subject to all terms and conditions of his supervised release previously ordered. In addition, Mr. Estrada must comply with the following additional condition of supervised release:

1. The defendant shall reside and participate in the two-year substance abuse treatment program at Delancey Street Foundation inpatient facility, in San Francisco, and comply with all the rules and regulations of the program.

A copy of this Order will be provided to Mr. Estrada upon his release.

If Mr. Estrada voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: **June 4, 2021**

_____
UNITED STATES DISTRICT JUDGE